SHAUN C. SETAREH (STATE BAR NO. 204514)
shaun@setarehlaw.com
VICTORIA MAS (STATE BAR NO. 365896)
vmas@setarehlaw.com
BRADLEY FAGNANI (STATE BAR NO. 261330)
bradley@setarehlaw.com
SETAREH LAW GROUP
420 N. Camden Dr., Suite 100
Beverly Hills, CA 90210
Telephone: +1 310 888 7771
Facsimile: +1 310 888 0109

Attorneys for Plaintiff
ANTHONY GAUDIO

KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: +1 916 447 9200
Facsimile: +1 916 329 4900

LAUREN LEIBOVITCH (STATE BAR NO. 323230)
lleibovitch@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
120 Broadway, Fifth Floor
Santa Monica, CA 90401
Telephone: +1 310 663 2800
Facsimile: +1 310 633 2849

Attorneys for Defendant
US FOODS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GAUDIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS U.S. FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-CV-03312-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO STAY PENDING MEDIATION** |

**ORDER**

On October 23, 2026, Plaintiff Anthony Gaudio ("Plaintiff") and Defendant US Foods, Inc. ("Defendant") (collectively, the "Parties"), filed a Stipulation to Stay Action Pending Mediation. Pursuant to the Stipulation, the parties respectfully request that this action be stayed pending mediation scheduled for February 2, 2027, and that all deadlines in this action be vacated and reset after the stay. After considering the Stipulation to Stay Action Pending Mediation, and good cause appearing, it is hereby ordered that:

1. The action is stayed until March 2, 2027, to allow the parties to mediate this matter;

2. All deadlines in this action, including but not limited to any deadlines to file responsive pleadings, conducting discovery, and setting hearings, are vacated, to be reset by the Court after the stay; and

3. On or before February 16, 2027, the parties shall file a Status Report re: Mediation to inform the Court of the outcome of mediation and proposed next steps in this action.

**IT IS SO ORDERED.**

DATED: October 23, 2026

Troy L. Nunley
Chief United States District Judge